UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF  MDL No. 2100 |

_____

| | |
|---|---|
| This Document Relates to: | ORDER |

_____

| | |
|---|---|
| Sowinski v. Bayer Corporation et al. | No. 3:10-cv-20387-DRH-PMF |
| Feeney v. Bayer Corporation et al. | No. 3:10-cv-20442-DRH-PMF |

## ORDER

**HERNDON, Chief Judge:**

It is hereby ordered that pursuant to the stipulation of dismissal filed by the parties in the above captioned cases, Defendant, Walgreen Co., is hereby dismissed without prejudice.  This Order will not effect any other pending claim of the Plaintiffs against other Defendants.

**SO ORDERED:**

David R. Herndon
2010.11.18 15:49:00
-06'00'

**Chief Judge**
**United States District Court**                    DATE:  November 18, 2010